UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASON THOMAS PARSONS, G26143,

Petitioner,

v.

ROBERTO A. ARIAS, Warden,

Respondent.

Case No. 25-cv-03861-CRB  (PR)

**JUDGMENT**

For the reasons set forth in the accompanying order granting respondent's motion to dismiss, the petition is dismissed with prejudice as to claims two, three and seven, and without prejudice as to claims one, four, five and six.

The clerk is directed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated:  April 8, 2026

_____
CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California