UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASON THOMAS PARSONS, G26143,

Petitioner,

v.

ROBERTO A. ARIAS, Warden,

Respondent.

Case No. 25-cv-03861-CRB  (PR)

**ORDER REGARDING MOTION FOR EXTENSION OF TIME TO FILE RULE 60(B) MOTION**

(ECF No. 26)

Petitioner has filed a motion for an extension of time to July 8, 2026, to file a Rule 60(b) motion for relief from the court's judgment entered on April 8, 2026, based on "fraud on the court." Mot. (ECF No. 26) at 1.  The motion is DISMISSED.

The motion is unnecessary because a motion under Rule 60(b) based on fraud may be brought "within a reasonable time" so long as "no more than a year after the entry of the judgment." Fed. R. Fed. P. 60(c) (1).  The motion also is improper because it is not signed by petitioner or by petitioner's attorney of record. See Fed. R. Civ. P. 11(a).  Petitioner's purported "authorized correspondent Melissa Chavez" may not sign and file pleadings, motions or any other papers in this case.

The clerk shall terminate the motion appearing on ECF as item number 26.

**IT IS SO ORDERED**.

Dated: June 2, 2026

_____
CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California